

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

September 13, 1963

Mr. Coke R. Stevenson, Jr.          Opinion No. C- 142
Administrator
Texas Liquor Control Board          Re: Whether under the current
Austin, Texas                            appropriations bill the
                                         Liquor Control Board is
                                         authorized to construct
                                         two collection booths in
                                         the City of El Paso, one
                                         at the Ysleta Port of En-
                                         try, the other at the Cor-
Dear Mr. Stevenson:                      dova Port of Entry.

        The question posed by your letter of September 6, 1963,
is as follows:

        "Under the terms of the above stated
        appropriation is the Texas Liquor Control
        Board authorized to expend a portion of the
        money appropriated for the construction of
        two collection booths in the City of El Paso,
        one at the Ysleta Port of Entry, the other
        at the Cordova Port of Entry?"

        The situation as outlined in your letter is:

        "Within the City of El Paso there are
        three Ports of Entry from Mexico. These are
        the Santa Fe Street Port of Entry, the Ysleta
        Port of Entry and the Cordova Port of Entry.
        At each such Port of Entry the Texas Liquor
        Control Board maintains a collection station
        for the purpose of collecting the State Tax
        on alcoholic beverages imported from Mexico.
        For the protection of personnel and equipment
        the Texas Liquor Control Board has in the past
        used United States Government facilities at

the Ysleta Port of Entry and has used a house-trailer furnished by the County of El Paso at the Cordova Port of Entry. Now these facilities are not available; thus the Texas Liquor Control Board must provide its own collection booths to protect personnel, stamps, collections and equipment from the elements. . . .

"During the biennium starting September 1, 1961, and ending August 31, 1963, the Texas Liquor Control Board did not expend any money for construction of any collection station at any Port of Entry at El Paso, . . .

"The Texas Liquor Control Board desires to expend a portion of the appropriation for construction of two temporary type collection booths, one at the Ysleta Port of Entry, the other at the Cordova Port of Entry. Each such collection booth is estimated to cost approximately $600 and will have skids on the bottom so that it may be moved. . . ."

The appropriation in Senate Bill No. 1, First Called Session, 57th Legislature, 1961, reads as follows:

"For the construction of revenue collection station at International Port of Entry at El Paso, For the Years Ending August 31, 1962-- $5,000, August 31, 1963-- U.B. ( unexpended balance)."

The appropriation in House Bill No. 86, 58th Legislature, 1963, reads as follows:

"Any unobligated balance as of August 31, 1963, in the item of appropriation 'for the construction of revenue collection station at International Port of Entry at El Paso' (item 12) by S.B. No. 1, Acts, 1961, 57th Legislature, First Called Session, is hereby reappropriated for the identical purpose for the biennium starting for September 1, 1963."

Article 10 of Vernon's Civil Statutes, provides in part:

"The following rules shall govern in the construction of all civil statutory enactments:

. . .

4. The singular and plural number shall each include the other, unless otherwise expressly provided."

In view of the above statutory rule of construction and the language in the appropriation bill, as set out above, it is the opinion of this office, that the Legislature intended the term "International Port of Entry at El Paso" to encompass the three actual Ports of Entry in that city. It follows, therefore, that the sum appropriated to the Texas Liquor Control Board by the Legislature was intended for the construction of a revenue collection station or stations at the Ysleta, Sante Fe Street, or Cordova Port of Entry. When the appropriation was made in 1961 and again when it was renewed in 1963, the Legislature must have foreseen that the Ysleta and Cordova facilities would soon be unavailable to the Texas Liquor Control Board and intended the appropriation to defray the costs of the new stations.

## S U M M A R Y

Under the 1963 appropriations bill, the Liquor Control Board is authorized to construct two collection booths in the City of El Paso, one at the Ysleta Port of Entry and one at the Cordova Port of Entry.

Yours very truly,

WAGGONER CARR
Attorney General

By *Jack G. Norwood*

Jack G. Norwood
Assistant

JGN:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Linward Shivers
Brady Coleman
Ben Harrison
Pat Bailey
APPROVED FOR THE ATTORNEY GENERAL
BY: Stanton Stone